IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:13-cr-04003-FJG-2 |
| | ) | |
| KENNETH DALE WITHERELL, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #94 filed on April 22, 2014), to which no objection has been filed, the plea of guilty to Counts 4 and 5 of the Second Superseding Indictment which was filed on March 19, 2014, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                         **/s/ Fernando J. Gaitan, Jr.**
                                         Fernando J. Gaitan, Jr.
                                         United States District Judge

Dated: May 20, 2014
Kansas City, Missouri